FILED

03/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0022

STATE OF MONTANA,

       Plaintiff and Appellee,

vs.

JEFFREY DAVID PIERCE,

       Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 12, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 6 2024